GARY M. RESTAINO
United States Attorney
District of Arizona
SCOTT A. TURK
Assistant United States Attorney
405 W. Congress Street, Suite 4900
Tucson, Arizona 85701-5041
Telephone: (520) 620-7300
scott.turk@usdoj.gov
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Jose Castillo Hernandez,<br><br>　　　　Defendant,<br><br>Wells Fargo Bank, National Association,<br><br>　　　　Garnishee. | CR 23-01636-TUC-RCC<br><br>**WRIT OF CONTINUING GARNISHMENT** |

GREETINGS TO:　Wells Fargo Bank, National Association
　　　　　　　　　Attn: Garnishments
　　　　　　　　　8825 N 23rd Avenue, Ste. 100
　　　　　　　　　Phoenix, AZ 85021

　　　An application for a Writ of Garnishment against the property of Jose Castillo Hernandez, Defendant, whose last known address is in Richmond Hills, Georgia, has been filed with this Court.  A Judgment has been entered against the above-named Defendant in the amount of $11,439.88 consisting of principal, costs and accruing interest.  There is a balance due of $11,439.88 through October 17, 2024.

　　　You are required by law to answer in writing, under oath, within ten days, whether or not you have in your possession any non-exempt property of the Defendant.

You must file the original written Answer to this Writ within ten days of your receipt of this Writ with the United States District Clerk at: 405 West Congress Street, Suite 1500, Tucson, Arizona 85701. Additionally, you are required by law to serve a copy of your Answer upon the Debtor/Defendant at: Richmond Hills, Georgia, 31324, and upon the United States Attorney at Financial Litigation Program, 405 West Congress Street, Suite 4900, Tucson, Arizona 85701-5041.

You shall withhold and retain any property in which the Debtor/Defendant has a nonexempt interest and for which you are or may become indebted to the Debtor/Defendant.

If you fail to answer this Writ or withhold property in accordance with this Writ, the United States of America may petition the Court for an Order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a Judgment against you for the value of the Debtor/Defendant's non-exempt property. It is unlawful to pay or deliver to Defendant any item attached by this Writ.

DATED: NOV 1, 2024.

DEBRA D. LUCAS
Clerk, U.S. District Court
District of Arizona

By: _____
Deputy Clerk