GARY M. RESTAINO
United States Attorney
District of Arizona
SCOTT A. TURK
Assistant United States Attorney
405 W. Congress Street, Suite 4900
Tucson, Arizona 85701-5041
Telephone: (520) 620-7300
scott.turk@usdoj.gov
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Jose Castillo Hernandez,<br><br>　　　　Defendant,<br><br>Wells Fargo Bank, National Association,<br><br>　　　　Garnishee. | CR 23-01636-TUC-RCC<br><br>**NOTICE OF SERVICE OF DOCUMENTS ON JUDGMENT DEBTOR** |

　　　　Pursuant to Rule 5, Fed.R.Civ.P., and 28 U.S.C. § 3004, Judgment Creditor United States of America hereby certifies that the Clerk's Notice of Post-Judgment Garnishment, Garnishment Instructions to Judgment Debtor, and copies of the Writ of Continuing Garnishment and the Application for Writ of Garnishment, were sent to Judgment Debtor/Defendant by certified mail and by first-class mail on November 14, 2024, to the last known address of Judgment Debtor/Defendant, and that service was made upon Garnishee along with instructions with regard to answering.

　　　　DATED: November 14, 2024

　　　　　　　　　　　　　　　　GARY M. RESTAINO
　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　District of Arizona

　　　　　　　　　　　　　　　　SCOTT A. TURK
　　　　　　　　　　　　　　　　Assistant United States Attorney