GARY M. RESTAINO
United States Attorney
District of Arizona
SCOTT A. TURK
Assistant United States Attorney
405 W. Congress Street, Suite 4900
Tucson, Arizona 85701-5041
Telephone: (520) 620-7300
scott.turk@usdoj.gov
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Jose Castillo Hernandez,<br><br>Defendant,<br><br>Wells Fargo Bank, National Association,<br><br>Garnishee. | CR 23-CR-01636-TUC-RCC<br><br>**MOTION FOR ENTRY OF GARNISHMENT DISPOSITION ORDER** |

The United States of America, by and through its undersigned attorneys, hereby files this Motion for Entry of Garnishment Disposition Order and in support thereof states as follows:

1. On June 18, 2024, the United States District Court for the District of Arizona entered a Judgment against the Defendant.

2. On October 18, 2024, the United States filed an Application for Writ of Garnishment pursuant to 18 U.S.C. § 3613(a) and 28 U.S.C. § 3205(c). On the same day, the United States forwarded a Writ of Garnishment to the Clerk of the Court for issuance.

3. The United States served the Writ of Garnishment on the Defendant's employer, the Garnishee, on November 13, 2024. On November 14, 2024, the United States sent a copy of the Writ, the Clerk's Notice of Post Judgment Garnishment and

Garnishment Instructions to Judgment Debtor/Defendant to the Defendant by certified mail and by regular mail to the Defendant's last known address in accordance with Rule 5(b)(2)(C), Fed.R.Civ.P.   The documents included the information that if the Defendant objected to the garnishment, he must request a hearing with the court in writing within twenty days of receipt of the Notice.   The documents also included the information necessary for the Defendant to request a hearing.

4.   The United States filed a Notice of Service of Documents on Judgment Debtor/Defendant on November 14, 2024.

5.   On or about November 20, 2024, the documents sent to the Defendant were received by Edgefield FCI, where the Defendant is serving his prison time.

6.   On or about December 2, 2024, the Garnishee's Answer was filed with the Court withholding $11,439.88 which will pay the special assessment and restitution in full.

7.   The Defendant has not requested a hearing on the garnishment.

WHEREFORE, the United States respectfully requests that this Court enter a Garnishment Disposition Order directing the Garnishee to pay the withholdings of $11,439.88 currently held by the Garnishee pursuant to the Writ of Garnishment.

RESPECTFULLY SUBMITTED:  December 12, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*/s/Scott A. Turk*
SCOTT A. TURK
Assistant United States Attorney

| | |
|---|---|
| 1 | Copy of the foregoing mailed on December 12, 2024, to: |
| 2 | |
| 3 | Jose Castillo Hernandez |
| 4 | Wells Fargo Bank, National Association<br>Attn: Garnishments |
| 5 | 8825 N 23rd Avenue, Ste. 100<br>Phoenix, AZ 85021 |
| 6 | *s/ TAMARA CAMPAGNE* |